# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL  'O'

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-01400-CAS | Date | July 6, 2017 |
| Title | IN RE: C.M. MEIERS | | |

Bankruptcy No. 1:12-bk-10229-MT; Adversary No. 2:14-ap-01042-MT

| | | | |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                        Not Present

**Proceedings:** (IN CHAMBERS) - ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES BANKRUPTCY JUDGE

Pursuant to Stern v. Marshall, 564 U.S. 462 (2011), the Court has reviewed the Report and Recommendation of the United States Bankruptcy Judge, as well as the objections submitted by the parties. The Court accepts the Bankruptcy Judge's Report and adopts it as its own findings and conclusions.

Accordingly, the Court **DENIES** the Chapter 11 Trustee's motion for summary judgment as to the breach of the duty to indemnify, tortious breach of implied covenant of good faith and fair dealing, Brandt fees, and punitive damages. The Court **GRANTS IN PART AND DENIES IN PART** the Trustee's motion for summary judgment as to the duty to defend. The Court finds that the Trustee's First Amended Complaint created a potential for liability under the policy that triggered a duty to defend, but does not make any finding as to the amount of damages owed.

The Court **DENIES** Evanston Insurance Company's motion for summary judgment as to the breach of the duty to indemnify but **GRANTS** the motion as to the tortious breach of implied covenant of good faith and fair dealing, punitive damages, and Brandt fees.

The reference is withdrawn to this Court for further proceedings pursuant to 28 U.S.C. § 157(d).

IT IS SO ORDERED.

                                                            00  :  00
                          Initials of Preparer               CMJ