# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradley D. Sharp,<br><br>PLAINTIFF(S)<br>v.<br>Evanston Insurance Company,<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 17-1400 MRW<br><br>**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Michael R. Wilner District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Bradley D. Sharp

recover of the defendant(s):

Evanston Insurance Company

the sum of $5,314,150, ~~with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of~~ .

Clerk, U. S. District Court

Dated: October 25, 2018

By *Veronica Piper*
Deputy Clerk

cc: *Counsel of record*

CV-49 (05/98)  JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)